**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

| | |
|---|---|
| TIM PHILLIPS, Individually and on behalf of all others similarly situated, *Plaintiff*, v. RICE ENERGY, INC. *Defendant.* | § § § § § § § § § § § § § § Civil Action No. 2:17-cv-1150 Judge Davis S. Cercone |

## ORDER APPROVING SETTLEMENT

AND NOW, this 3rd day of January, 2019, upon due consideration of the parties' Joint Motion for Approval of Settlement, it is ORDERED that [33] the motion be, and the same hereby is, granted and the following findings and rulings are entered:

1. This Court hereby accepts and approves the proposed Settlement and finds that the proposed Settlement submitted by the parties is a fair and reasonable settlement of a bona fide dispute over the provisions of the Fair Labor Standards Act and other claims;

2. The Court finds that the attorney fee and cost request by Plaintiffs' Counsel is reasonable and grants the same pursuant to 29 U.S.C. § 216(b); and

3. The above case and all claims asserted in this case by all Plaintiffs and Opt-in Plaintiffs are hereby DISMISSED WITH PREJUDICE; each party to bear his/its own attorneys' fees and costs except as otherwise provide by the Settlement.

4. All pending deadlines are stricken as moot. Jurisdiction is retained to enforce the parties' Settlement.

s/David Stewart Cercone
David Stewart Cercone
Senior United States District Judge

cc: Robert E. DeRose, II, Esquire
William Clifton Alexander, Esquire
Christian Antkowiak, Esquire
Jamie S. Tuite, Esquire
Curtis Schaffner, Esquire

(*Via CM/ECF Electronic Mail*)